IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| ERIC JOHSON, ) | C/A No.: 4:11-cv-2650-RBH-KDW |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| ERIC HOLDER, ATTORNEY GENERAL ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER

This matter is before the court on Plaintiff's Motion for Relief from Mediation, ECF No. 35. In that motion, Plaintiff informs the court that the parties conducted a pre-mediation discussion and concluded that mediation prior to the court's ruling on Defendant's pending Motion to Dismiss would not be a prudent use of resources. Plaintiff further advises the court that Defendant consents to the Motion for Relief from Mediation.

For good cause shown, the court GRANTS the Motion for Relief from Mediation, ECF No. 35. The parties are advised, however, that they are not excused from being required to mediate at a later date. Any scheduling order entered subsequent to the court's ruling on Defendant's Motion to Dismiss will include a revised mediation deadline.

IT IS SO ORDERED.

July 13, 2012
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge